UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS
## UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Elkino Denardo Dawkins Sr.
_____
(Enter full name of Plaintiff(s))

vs.

Yahoo Inc.,
Facebook Inc.,
Google Inc.,
_____

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

4:12cv474-RH/CAS

CASE NO: 0:11-CV-62647-WPD
(To be assigned by Clerk)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

I.   **PLAINTIFF:**
State your full name and full mailing address in the lines below.

Name of Plaintiff: ~~Boxxx Washington Brown~~ Elkino Dawkins

Mailing address: 1300 washington Avenue Miami Beach, Fl. 33139

II.   **DEFENDANT(S):**
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Yahoo Inc.
    Official position: Director
    Employed at: Yahoo Inc.
    Mailing address:

(2) Defendant's name: Facebook Inc.
    Official position: Director
    Employed at: Facebook Inc.
    Mailing address:

(3) Defendant's name: Google Inc.
    Official position: Director
    Employed at: Google Inc.
    Mailing address:

(4) Defendant's name:
    Official position:
    Employed at:
    Mailing address:

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

I, Elkino Denard Dawkins Sr., am suing Yahoo Inc., Facebook Inc., and Google Inc: for invasion of privacy. On the month of November 2011, upon logging onto my website I was informed that my sites were hacked into. The "hackers" exposed all of my personal information then left my sites open for public viewing without my consent.

IV. **STATEMENT OF CLAIMS:**

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Invasion of Privacy

V. **RELIEF REQUESTED:**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

For such exploitation, I hereby am requesting a sum of two million dollars from each company for my personal loss of important information documented on these sites.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

9/17/2012
(Date)

_____
(Signature of Plaintiff)

Revised 07/02

4