IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ELKINO DENARDO DAWKINS,**

    Plaintiff,

vs.                                                     Case No. 4:12cv474-RH/CAS

**YAHOO, INC., FACEBOOK, INC.,**
**and GOOGLE, INC.,**

    Defendants.

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, who is pro se, submitted a civil rights complaint on September 17, 2012. Doc. 1. Plaintiff also filed a motion seeking leave to proceed in forma pauperis. Doc. 2. Good cause having been shown, Plaintiff's in forma pauperis motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Federal law permits a United States District Court to dismiss a case filed in forma pauperis, if it is satisfied that the action is frivolous or malicious. The Supreme Court has recognized two types of cases which may be dismissed, sua sponte, pursuant to 28 U.S.C. § 1915(d). Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989). The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly

baseless." *Id.*  This case lacks both an arguable basis in law and presents a factual assertion that is groundless.  Plaintiff sues the named Defendants for "invasion of privacy."  Doc. 1.  Plaintiff alleges only that when he logged onto his website, he was informed that his sites had been "hacked into" and the "hackers" were exposed to Plaintiff's personal information.  *Id.*  Because these allegations fail to identify any harm to Plaintiff, fail to allege any unlawful act committed by a named Defendant, and because none of the named Defendants are "state actors" for purposes of § 1983, this case lacks merit and dismissal of the complaint is appropriate.

Accordingly, it is **ORDERED** that Plaintiff's motion to proceed in forma pauperis, doc. 2, be **GRANTED**.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on September 19, 2012.


  S/     Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**